# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
## NORFOLK/NEWPORT NEWS DIVISION

**GUILTY PLEA**

| | |
|---|---|
| Time Set: 12:00 p.m. | Date: October 14, 2015 |
| Started: 12:00 p.m. | Presiding Judge: Arenda Allen |
| Ended: 12:40 p.m. | Court Reporter: Tamora Tichenor |
| | U.S. Attorney: Eric Hurt/Adam Small |
| | Defense Counsel: A. Albert/_____/J. Kirshner |
| | Interpreter: Roman Volsky |
| | Courtroom Deputy: Lorraine Howard |

Cr. No. 4:12cr39-13

Defendant: Slavik Hayimov     **X** IN CUSTODY     _____ ON BOND

- ✓ Plea Agreement Hearing.  ✓ Interpreter sworn.
- ✓ Defendant sworn.
- ✓ Court fully advised defendant re proceedings and his/her rights. Defendant acknowledged he/she understood.
- ✓ Court explained charge.
- ✓ Court explained maximum penalty.
- ✓ Court inquired re other guilty plea negotiations.
- ✓ Plea agreement reviewed and filed.
- ✓ Court inquired re vol. of plea.
- ✓ Court inquired re threats or promises.
- ✓ Court explained to defendant that by pleading guilty he/she waived jury trial.
- ✓ Defendant satisfied with services of counsel.
- ✓ Continued for pre-sentence report.
- ✓ Plea of guilty to Count 3 accepted by Court.
- ✓ Court (X) finds defendant guilty as charged in Counts 3.
- ✓ Remaining counts to be dismissed at later time.
- ✓ Policy re: procedures in guideline sentencing furnished counsel.
- ✓ Court explained to defendant that by pleading guilty he/she waived his/her right of appeal, pursuant to plea agreement.
- ✓ Statement of Facts filed in open court.
- ✓ Unsigned copy of Sentencing Procedures Order furnished to defendant.
- ✓ Sentencing Procedures Order executed, entered & filed in open court.
- ✓ Set for disposition February 26, 2016 at 9:00 a.m. (X) Norfolk ( ) Newport News
- _____ Defendant remanded to custody of Marshal.
- ✓ Defendant continued on present bond. Court cautioned re bail jumping.
- _____ Transportation Order, entered and filed in open court.